≈JS 45  (5/97) - (Revised USAO MA 3/25/11)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** ICE-ERO

**City** Waltham
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Jairo Nehemias Godoy-Canizales     Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Hernandes, Eldrich; Godoy-Canizales, Jayro
Address: _____
Birth date (Yr only): 1983     SSN (last 4#): ____     Sex: M     Race: ____     Nationality: Guatemala

**Defense Counsel if known:** _____     Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Lauren Maynard     Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint     ☐ Information     ☐ Indictment
**Total # of Counts:**  ☐ Petty ____     ☐ Misdemeanor ____     ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/14/2025     Signature of AUSA: /s/ Lauren Maynard

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Jairo Nehemias Godoy-Canizales

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 8 USC §1326(a) | Unlawful Reentry of a Removed Alien | one |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013